**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | 11-7315m |
| v. | ) | |
| Carlos Arguelles Valencia, | ) | ORDER OF DETENTION |
| Defendant. | ) | |

Pursuant to Fed. Rules of Criminal Procedure 18 U.S.C. §3187.

The Court concludes, by a preponderance of the evidence, that defendant is a flight risk and requires detention pending further proceedings.

The Court also concludes, by clear and convincing evidence that defendant is a danger to others and the community and requires detention pending further proceedings

No condition or combination of conditions will reasonably assure the appearance of defendant as required or reasonably assure the safety of others and the community.

DATED this 9th day of June, 2011.

_____
Edward C. Voss
United States Magistrate Judge